**FILED**
JUL 22 2015
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT G. MODRALL,        )
                          )
        Plaintiff,         )
                          )   Case: 1:15-cv-01185
v.                        )   Assigned To : Unassigned
                          )   Assign. Date : 7/22/2015
MARIE A. O'ROURKE,        )   Description: Pro Se Gen. Civil (F Deck)
                          )
        Defendant.         )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).



According to plaintiff, defendant has been "grossly negligent in her duties," has committed "criminal misconduct . . . considerable hardship and distress to the victims she is sworn to serve and puts the lives of tens perhaps hundreds of thousands of innocent young people at risk." Compl. ¶ 4. Plaintiff does not identify a particular action (or inaction) by defendant that is negligent or criminal in nature, and his complaint does not otherwise include a statement showing that he is entitled to the relief he demands. The complaint therefore will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 7/21/2015

_____
United States District Judge